IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEANGELO JOHNSON, #232041,     ) | |
|                                ) | |
|           Petitioner,          ) | |
|                                ) | |
| vs.                            ) | CASE NO. 1:12-cv-1063-WHA |
|                                ) | |
| JAMES CARLTON, et al.,         ) |      (WO) |
|                                ) | |
|           Respondents.         ) | |

### **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #15), entered on February 24, 2015. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this petition for habeas corpus relief under 28 U.S.C. § 2254 is DENIED, and this case is DISMISSED with prejudice. Final Judgment will be entered accordingly.

DONE this 24th day of March, 2015.

/s/      W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE